UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Juan Moreno,

      Plaintiff,

  v.

J. P. Sethi, in individual and representative capacity as trustee of the Sethi Family Trust;
Renu Sethi, in individual and representative capacity as trustee of the Sethi Family Trust;
Quick 'N' E-Z, Inc., a California Corporation; and Does 1-10,

      Defendants.

Case: 1:14-CV-01365-LJO-SKO

**ORDER OF DISMISSAL**

Based upon Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

    1.    DISMISSES with prejudice this entire action;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this case.

**SO ORDERED**
**Dated: September 18, 2014**

                        **/s/ Lawrence J. O'Neill**
                        **United States District Judge**